AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>TEILBORG, JAMES A. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/17/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 WEST WASHINGTON STREET<br>SUITE 523-SPC 51<br>PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

Tellborg , James A.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. RAW LAND, [____] (2000, $79,000.) | | None | L | R | | | | | |
| 2. GENWORTH VARIABLE ANNUITY (FORMERLY G.E. ANNUITY) | | | | | | | | | |
| 3. --- FIDELITY VIP ASSET MANAGER PORTFOLIO | | None | J | T | | | | | |
| 4. --- FIDELITY VIP CONTRAFUND PORTFOLIO | | None | J | T | | | | | |
| 5. --- FIDELITY VIP EQUITY-INCOME PORTFOLIO | | None | J | T | | | | | |
| 6. --- GOLDMAN SACHS MID CAP VALUE FUND | | None | J | T | | | | | |
| 7. --- FIDELITY VIP OVERSEAS PORTFOLIO | | None | J | T | | | | | |
| 8. HARTFORD LIFE VARIABLE ANNUITY | | | | | | | | | |
| 9. --- TEMPLETON GROWTH SECTOR | | None | K | T | | | | | |
| 10. --- INVESCO VI MIDCAP EQ (FORMERLY AIM VI MIDCAP ) | | None | K | T | | | | | |
| 11. --- AMR ASSET ALLOCATION | | None | K | T | | | | | |
| 12. --- AMR GROWTH | | None | L | T | | | | | |
| 13. --- MFS NEW DISCOVERY | | None | J | T | | | | | |
| 14. --- MFS TOTAL RETURN | | None | K | T | | | | | |
| 15. --- MUTUAL SHARES SEC | | None | K | T | | | | | |
| 16. PACIFIC LIFE VARIABLE ANNUITY # 1 | | | | | | | | | |
| 17. --- PIMCO INFLATION MANAGED | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- PIMCO MANAGED BOND | | None | J | T | | | | | |
| 19. --- GOLDMAN SACHS SHRT DURATION BOND | | None | K | T | | | | | |
| 20. --- COMSTOCK-VAN KAMPEN | | None | K | T | | | | | |
| 21. --- CAPITAL GUARDIAN DIV RESEARCH | | None | | | Sold | 06/29/10 | K | C | |
| 22. --- JANUS FOCUSED 30 | | None | J | T | | | | | |
| 23. --- LAZARD MID-CAP EQUITY | | None | J | T | | | | | |
| 24. --- BLACK ROCK SMALL CAP INDEX | | None | K | T | | | | | |
| 25. --- ALLIANCE BERNSTEIN INT'L VALUE | | None | K | T | | | | | |
| 26. --- DIVIDEND GROWTH-T ROWE PRICE | | None | K | T | Buy | 06/29/10 | K | | |
| 27. UBS PACE MM INVESTORS (FORMERLY PACE MM) | A | Dividend | | | Closed | 11/12/10 | J | | |
| 28. UBS BANK USE DEP ACCT | A | Interest | | | Closed | 11/12/10 | K | | |
| 29. RMA MONEY MARKET PORTFOLIO | A | Dividend | | | Closed | 11/12/10 | K | | |
| 30. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 31. NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 32. --- NVIT MID CAP INDEX I | | None | K | T | | | | | |
| 33. --- DREY VIF APPRECIATION PT | | None | K | T | | | | | |
| 34. --- OPP MDCAP/VA NSS | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --- OPP MS ST/VA NSS | | None | K | T | | | | | |
| 36. --- JnsAspOverseas Svc(Formerly JAS INT'L GRTH PORT SV SHRS) | | None | K | T | | | | | |
| 37. --- NVIT Mult-Mgr MdCap Gr 1 | | None | J | T | | | | | |
| 38. PACIFIC LIFE VARIABLE ANNUITY POLICY # 2 (SELECT EXEC II) | | | | | | | | | |
| 39. --- FIXED RATE OPTIONS | A | Interest | J | T | | | | | |
| 40. --- VARIABLE EQUITY OPTIONS | | None | | | Sold | 10/29/10 | J | A | |
| 41. --- MAIN STREET CORE | | None | J | T | Buy | 10/29/10 | J | | |
| 42. EQUITABLE LIFE POLICY | | | | | | | | | |
| 43. --- EQ/ INTRMDTE GOVT BOND INDX(FORMERLY ALLBRNSTN INT GOVT) | | None | K | T | | | | | |
| 44. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 45. --- EQ/ MID CAP | | None | K | T | | | | | |
| 46. --- EQ/ LARGE CAP CORE PLUS | | None | J | T | | | | | |
| 47. --- EQ/ FOCUS PLUS (FORMERLY EQ/ MARISCO FOCUS) | | None | K | T | | | | | |
| 48. --- EQ/ INTERNATIONAL CORE PLUS | | None | J | T | | | | | |
| 49. --- MULTIMANAGER SMALL CAP VALUE | | None | K | T | | | | | |
| 50. AMERICAN FUNDS AMCAP FUND, CLASS F | A | Dividend | M | T | Buy (add'l) | 04/12/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 04/13/10 | J | C | |
| 52. | | | | | Sold (part) | 07/20/10 | K | B | |
| 53. HARTFORD LIFE INSURANCE LEADERS ANNUITY | B | Dividend | L | T | | | | | |
| 54. ▓▓▓ HANGER ▓▓▓ INC. | | None | L | U | | | | | |
| 55. FIRST CREDIT UNION ACCOUNTS | A | Interest | J | T | | | | | |
| 56. DELAWARE DIVERSIFIED INCOME FUND | D | Dividend | M | T | Sold (part) | 04/13/10 | K | B | |
| 57. | | | | | Buy (add'l) | 04/13/10 | K | | |
| 58. | | | | | Buy (add'l) | 07/20/10 | K | . | |
| 59. LORD ABBETT FUNDMNTL EQ FD(FORMERLY LRD ABBT ALL VALUE FD) | | None | | | Sold | 04/12/10 | M | | |
| 60. JOHN HANCOCK FREEDOM 529 ACCOUNT 1 CL A | A | Int./Div. | J | T | | | | | |
| 61. JOHN HANCOCK FREEDOM 529 ACCOUNT 2 CL A | A | Int./Div. | J | T | | | | | |
| 62. JOHN HANCOCK FREEDOM 529 ACCOUNT 3 CL A | B | Int./Div. | J | T | | | | | |
| 63. JOHN HANCOCK FREEDOM 529 ACCOUNT 4 CL A | A | Int./Div. | J | T | | | | | |
| 64. JOHN HANCOCK FREEDOM 529 ACCOUNT 5 CL A | A | Int./Div. | J | T | | | | | |
| 65. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 66. OPPENHEIMER INTL BOND FD CL A | C | Dividend | L | T | Sold (part) | 04/13/10 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Buy (add'l) | 04/13/10 | K | | |
| 68. | | | | | Sold (part) | 07/20/10 | J | A | |
| 69. TOUCHSTONE MID CAP GROWTH FUND | | None | K | T | Sold (part) | 04/13/10 | J | | |
| 70. | | | | | Sold (part) | 07/20/10 | J | | |
| 71. KEELEY SMALL CAP VALUE FD | | None | K | T | Sold (part) | 04/13/10 | J | | |
| 72. | | | | | Sold (part) | 07/20/10 | K | | |
| 73. FIRST EAGLE OVERSEAS FUND CL A | C | Dividend | M | T | Sold (part) | 04/13/10 | K | D | |
| 74. | | | | | Sold (part) | 07/20/10 | K | C | |
| 75. FT-FRANKLIN GOLD & PREC MET A | | None | | | Sold | 04/12/10 | K | D | |
| 76. HARTFORD GLOBAL HEALTH FUND CL A | | None | | | Sold | 04/12/10 | J | C | |
| 77. HARTFORD INFLATION PLUS FD CLASS A | A | Dividend | | | Buy (add'l) | 04/13/10 | K | | |
| 78. | | | | | Sold | 07/20/10 | L | C | |
| 79. JPMORGAN MID CAP VALUE FUND CL A | A | Dividend | K | T | Sold (part) | 04/13/10 | J | B | |
| 80. | | | | | Sold (part) | 07/20/10 | J | C | |
| 81. LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 82. --- BL CHP INCOME & GROWTH | | None | L | T | | | | | |
| 83. ---GROWTH | | None | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. --- GROWTH & INCOME | | None | L | T | | | | | |
| 85. --- GLOBAL SMALL CAP | | None | K | T | | | | | |
| 86. --- INTERNATIONAL | | None | L | T | | | | | |
| 87. --- NEW WORLD | | None | K | T | | | | | |
| 88. --- GLOBAL GROWTH-INCOME | | None | K | T | | | | | |
| 89. --- GLOBAL GROWTH | | None | L | T | | | | | |
| 90. --- BOND | | None | K | T | | | | | |
| 91. --- GLOBAL BOND | | None | K | T | | | | | |
| 92. --- GOV'T/AAA SECURITIES | | None | K | T | | | | | |
| 93. --- HIGH INCOME BOND | | None | J | T | | | | | |
| 94. NATIXIS CGM ADVISOR TARGETED EQUITY FD A | | None | | | Sold | 04/12/10 | L | E | |
| 95. PRINCIPAL HIGH YIELD FD A | D | Dividend | | | Sold | 04/12/10 | K | D | |
| 96. VIRTUS ALTERNATIVES DIVERSIFIED FUND CLASS A | D | Dividend | M | T | Sold (part) | 04/13/10 | K | D | |
| 97. | | | | | Sold (part) | 07/20/10 | K | C | |
| 98. AXA EQUITABLE LIFE INSURANCE | A | Int./Div. | J | T | | | | | |
| 99. GENERAL AMERICAN WHOLE LIFE INSURANCE POLICY | A | Int./Div. | J | T | | | | | |
| 100. AQUILA THREE PEAKS | B | Dividend | K | T | Buy | 04/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | | | | | Sold (part) | 07/20/10 | J | A | |
| 102. BLACKROCK INFLATION | B | Dividend | K | T | Buy | 07/20/10 | K | | |
| 103. FIA CARD SERVICES | A | Dividend | K | T | Buy | 11/12/10 | K | | |
| 104. HARTFORD EQUITY INCOME | B | Dividend | M | T | Buy | 04/13/10 | M | | |
| 105. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 106. HARTFORD FLOATING | B | Dividend | L | T | Buy | 07/20/10 | L | | |
| 107. PRUDENTIAL JENNISON | A | Dividend | L | T | Buy | 04/13/10 | K | | |
| 108. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 109. PRUDENTIAL SHORT TERM CORPORATE BOND FD | B | Dividend | L | T | Buy | 04/13/10 | L | | |
| 110. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 111. SUNAMERICA ALT. STRATEGY | | None | | | Buy | 07/13/10 | K | | |
| 112. | | | | | Sold | 07/20/10 | K | | |
| 113. TEMPLETON BRIC FD | A | Dividend | L | T | Buy | 04/13/10 | K | | |
| 114. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 115. VAN ECK MULTI-MANAGER | A | Dividend | K | T | Buy | 07/20/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/17/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. TEILBORG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544